FILED

1   Albert Anthony Bravo (Full Name)

2   jahra1550@gmail.com (Email Address)

3   153 N merrill St (Address Line 1)

4   Corona Ca 92882 (Address Line 2)

2024 NOV 18  AM 11: 16

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

5   (951) 254-1116 (Phone Number)

6   Plaintiff in Pro Per

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  Albert Anthony Bravo,      **ED CV 24 - 02458-PA(RAO)**

    **Case No.:**

    (To be supplied by the Clerk)

12          Plaintiff,

13  vs.                        **Civil Rights Complaint Pursuant to**

14  Michael Neff               **42 U.S.C. § 1983 (non-prisoners)**

15  BRETT Sanhamel

16  Ryan Hubbard               **Jury Trial Demanded:** ☒ Yes ☐ No

17  Mahmoud Shilleh

18          Defendant(s). Attn

19

20              *(All paragraphs and pages must be numbered.)*

21                      **I. JURISDICTION**

22  1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

23  Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

24

25                      **II. VENUE**

26  2. Venue is proper pursuant to 28 U.S.C. § 1391 because ouents

27  Giving rise to this Complaint occurred in

28  this district

---

*Form prepared by Public
Counsel. © 2010, 2023 Public
Counsel. All rights reserved.
Revised: October 2023*

1
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

### III. PARTIES

3.    Plaintiff _____Albert Anthony Braw_____ resides at:
*(your full name)*

_____153 N Merrill St_____

_____Corona Ca 92882_____
*(your address)*

*(You should specifically identify each Defendant you intend to sue in a separate, numbered paragraph.)*

4. Defendant _____Michael Neff_____ works at
*(full name of Defendant)*

_____Corona Police Dept_____
*(Defendant's place of work)*

Defendant's title or position is _____Corporal_____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: _____arrived in_____
_____Uniform, in Police vehicle_____

5. Defendant _____Brett Sanhamel_____ works at
*(full name of Defendant)*

_____Corona Police Dept_____
*(Defendant's place of work)*

Defendant's title or position is _____Officer_____
*(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity          ☐ official capacity

This Defendant was acting under color of law because: _____arrived_____
_____in police uniform, in police vehicle_____

_____2_____
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

6. Defendant _Ryan Hubbard_ works at
Insert ¶ #                    *(full name of Defendant)*

_Corona Police Dept_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Sgt._ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _in_
_Police Uniform, in Police Vehicle_

7. Defendant _Mahmoud Shilleh_ works at
Insert ¶ #                    *(full name of Defendant)*

_Corona Police Dept_ .
                    *(Defendant's place of work)*

Defendant's title or position is _Officer_ .
                    *(Defendant's title or position at place of work)*

This Defendant is sued in his/her (check one or both):

☒ individual capacity            ☐ official capacity

This Defendant was acting under color of law because _arrived_
_in Police Uniform, in Police Vehicle_

3
Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## IV. STATEMENT OF FACTS

*(Explain what happened in your own words. You do not have to cite legal authority in this section. Be specific about names, dates, and places. Explain what each Defendant did. Remember to number every paragraph.)*

8. On 11/18/22 two employees from Nations Repo
Insert ¶ #
went to plaintiff's home with intent to repossess plaintiff
vehicle. They did not have a court order. After being
denied and refusing to leave, they eventually caused
damage to property belonging to plaintiff. To prevent
the two from leaving before police arrived, a family
member parked his vehicle along theirs preventing their
escape.

9. Call for service to Corona Police Dept. by
Insert ¶ #
nations repo employee Jeffray Gossett alledged/
gave the following info: while attempting to repo-
their vehicle was rammed from behind by another
truck, driver no longer in vehicle, but still on scene
with 3 others — 4 total — no weapons
no injuries. (See exhibit (1) service call detail report)

10. Defendant officers respond to scene
Insert ¶ #
lights and sirens fully activated, Neff first to
arrive immediatly exercises his authority, ordering Plaintiff
to curb. Plaintiff taken aback by the situation questions
the legality of his commands, which leads to Neff confiscating
his phone, searching/frisk him (Neff leaves this
material fact out of his reports) cuffing then placing
Plaintiff in the rear of his unit

Civil Rights Complaint Pursuant to U.S.C. § 1983

il . from the back seat of police unit hands cuffed

Insert ¶ #

behind his back Defendant Sanhamel proceeded to question plaintiff never advising Plaintiff against self incrimination Plaintiff also observes officers who responded to call tresspassing on his property without warrant, consent or exigent circumstances, taking photos, conducting interviews exceeding the scope of their investigation- Service call was specifically for truck ramming into truck!

12 . Defendant officers entire investigation occurred

Insert ¶ #

after plaintiff had been detained, the info used / learned by officers was obtained after Plaintiff was already in custody. Plaintiff made numerous verbal objections about the taking of any property without court order, his request were ignored. During Neff's investigation, it was revealed to him by the person who placed call ( GOSSETT) that Plaintiff was sitting in his vehicle when he was struck

13. See exhibit (2) officer incident report #22-081807

Insert ¶ #

statement of Geoffry Allen Gossett ) At that point Defendant Neff had an obligation to release Plaintiff from his custody having confirmed Plaintiff was not the driver of truck who allegedly rammed into cellers truck which was the reason for Defendant officers being called. See exhibit (1) Call detail report.

Civil Rights Complaint Pursuant to U.S.C. § 1983

14. Allegations made against Plaintiff were false and defamatory. In criminal proceedings initiated by Neff, the allegations made against plaintiff were proven to be fabricated. Neff also admitted the allegations made against Plaintiff would be impossible based on evidence on scene. Plaintiff's accusers got story wrong because "high stress" at time. (See exhibit 3/ prelim transcripts, Neff testimony)

15. The siezure of plaintiff's person and property without warrant was unreasonable. The Defendant Officers who responded to call violeted plaintiff rights secured by 4th 5th 14th amendments to the U.S. Constitution. Plaintiff was denied due process by officers who restricted plaintiff and allowed the taking of his property without warrant or court order denying him opportunity to be heard, depriving

16. plaintiff use of his property. Body and dash cam footage of Defendant Neff will validate and confirm plaintiff allegations as true and accurrate. Complaints submitted to agency deemed unfounded signifying a systemic problem.

Civil Rights Complaint Pursuant to U.S.C. § 1983

## V. CLAIMS

### Claim #1

17. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

16. Plaintiff has a claim under 42 U.S.C. §1983 for violation of the following

*Insert ¶ #* federal constitutional or statutory civil right:

4th amendment violation – unlawful stop & frisk plaintiff right to be secure in his person, property, effects against unreasonable searches and siezures was violated and done without warrant consent or exigent circumstances.

18. The above civil right was violated by the following Defendants:

*Insert ¶ #*

Officer Neff

*(You may list facts supporting your claim. Be specific about how each Defendant violated this particular civil right.)*

19. lawful stop and frisk requires officers

*Insert ¶ #* to have two seperate elements.

1 reasonable articulate suspision of a crime to justify stop

2 reasonable articulate suspision subject "armed & dangerous "to justify frisk - by his own admission officer Neff had neither (See officer incident report #22-081807 pg.3)

20. As a result of the Defendant's violation of the above civil right, Plaintiff

*Insert ¶ #* was harmed in the following way:

deprived of liberty, loss of income bail, shame, extreme mental stress life, liberty, pursuit of happiness

Civil Rights Complaint Pursuant to U.S.C. § 1983

## Claim #(2)

*(insert Claim#)*

21. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

11-12. 4th amendment violation. Unreasonable search

*Insert ¶ #*

of plaintiffs property without warrant, consent, or exigent circumstances for investigative purposes was done in violation of 4th amendment, allowing plaintiff to be free from unreasonable search and seizure. Thus the search of plaintiff property unreasonable

22. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All officers

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

23. The search of plaintiff property while

*Insert ¶ #*

he sat in custody without warrant, consent, or exigent circumstances violates plaintiff right to be free from unreasonable searches and seizures. Thus the search of plaintiff property was unreasonable

24. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

deprived plaintiff of liberty, unlawful forcing plaintiff post enormous Bond Shame and extreme mental distress

## Claim #~~(2)~~ 3

*(insert Claim#)*

25. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

11-16. unlawfully deprived plaintiff of his
*Insert ¶ #*
property without due process of law in
violation of 14th amendment

26. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

All Officers

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

27. made an unreasonable search and
*Insert ¶ #*
warrantless siezure of plaintiff property
in violation of 4th amendment to U.S. Constitution
and applied to states by way of 14 amendment

28. As a result of the Defendant's violation of the rights giving rise to this
*Insert ¶ #* claim, Plaintiff was harmed in the following way:

deprived use of vehicle, loss of income
extreme embarrassment, shame and extreme
mental distress

9

Page Number

Civil Rights Complaint Pursuant to U.S.C. § 1983

## **Claim #( ) 4**

*(insert Claim#)*

29. Plaintiff realleges and incorporates by reference all of the paragraphs above.

*Insert ¶ #*

*(List any other legal claim you have that is related to your civil rights claim.)*

10+6. 4th amendment violation

*Insert ¶ #*

false arrest withect propable

Cause

30. Plaintiff alleges the above claim against the following Defendant(s):

*Insert ¶ #*

Defendant Neff

*(You may list facts supporting your claim. Be specific about how each Defendant violated the rights giving rise to this claim.)*

31. Neff's pursuit of criminal proceedings against

*Insert ¶ #*

plaintiff having made a warrantless arrest without

probable cause, was done with malice. Charging

plaintiff with allegations not subject of call, based

on false information. Criminal charges dismissed

on 08/11/22 at prelim.

32. As a result of the Defendant's violation of the rights giving rise to this

*Insert ¶ #* claim, Plaintiff was harmed in the following way:

deprived of life, liberty,

incurred expenses extreme bail,

extrem mental distress

Civil Rights Complaint Pursuant to U.S.C. § 1983

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

33. Compensatory and punitive damages
*Insert ¶ #*
in the amount of 150,000 per offense
per defendant

34. Consultataion fees to oldtes
*Insert ¶ #*
matter

35. and any other further relief
*Insert ¶ #*
the court finds just and proper

36.
*Insert ¶ #*

Dated: 11/17/24
Sign: Albert B
Print Name: Albert Braud

Civil Rights Complaint Pursuant to U.S.C. § 1983

# DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: 11/17/24

Sign: _Albert Bravo_

Print Name: Albert Bravo

Civil Rights Complaint Pursuant to U.S.C. § 1983

```
02/24/24                    Corona Police Department                      713
15:16                       CALL DETAIL REPORT                  Page:      1

Call Number:    22C124095

Nature:         Assault Weapon
Reported:       12:33:56 11/18/22
Rcvd By:        Craig N                          How Rcvd: 9
Occ Btwn:       12:32:52 11/18/22    and 12:43:44 11/18/22
Type:           1
Priority:       1

Address:        151 N MERRILL ST
City:           CORONA

Alarm:


COMPLAINANT/CONTACT
-------------------
Complainant: ,                                           Name#:
Race:     Sex:      DOB: **/**/**
Address: ,
Home Phone:                          Work Phone:

Contact:    ████████████████
Address:
Phone:      ██████████████

RADIO LOG
---------
Dispatcher  Time/Date        Unit    Code Zone Agnc Description
----------  ---------------- ------- ---- ---- ---- -----------------------
Gardner Ja  12:35:18 11/18/22 131    ASSG 1    CPD  incid#=22-081807 Assigned to
                                                    a Call call=1121
Gardner Ja  12:35:18 11/18/22 135    ASSG 1    CPD  incid#=22-081807 Assigned to
                                                    a Call call=1121
Neff M      12:35:25 11/18/22 135    ENRT 1    CPD  (MDC) Enroute to a call
                                                    incid#=22-081807 call=1121
Shilleh M   12:35:27 11/18/22 131    ENRT 1    CPD  (MDC) Enroute to a call
                                                    incid#=22-081807 call=1121
Hubbard R   12:36:01 11/18/22 S13    ENRT 1    CPD  (MDC) Assisting unit 135
                                                    incid#=22-081807 call=1121
Quintero K  12:38:45 11/18/22 S13    ARRV 1    CPD  incid#=22-081807 Arrived on
                                                    Scene call=1121
Quintero K  12:38:57 11/18/22 131    ARRV 1    CPD  call=1121
Sanhamel B  12:40:57 11/18/22 121    ENRT 1    CPD  (MDC) Assisting unit 131
                                                    incid#=22-081807 call=1121
Sanhamel B  12:40:59 11/18/22 121    ARRV 1    CPD  (MDC) Arrived on scene
                                                    incid#=22-081807 call=1121
Quintero K  12:44:23 11/18/22 135    VHIN 1    CPD  pl=7UZL579
Quintero K  12:49:57 11/18/22 121    DLIN 1    CPD  last=BRAVO first=LOUIE
                                                    dob=02/24/70   sex=M
Quintero K  12:55:45 11/18/22 121    DLIN 1    CPD  last=BRAVO first=ALBERT
                                                    dob=02/15/74   sex=M
Quintero K  12:57:26 11/18/22 131    CMPL 1    CPD  incid#=22-081807 Reassigned
                                                    to call 1211, completed call
                                                    1121
```

```
02/24/24                      Corona Police Department                       713
15:16                         CALL DETAIL REPORT                   Page:       2

Quintero K 12:57:26 11/18/22 S13     CMPL 1      CPD   incid#=22-081807 Reassigned
                                                       to call 1211, completed call
                                                       1121
Quintero K 13:10:06 11/18/22 135     ARRV 1      CPD   call=1121
Quintero K 13:14:44 11/18/22 135     15   1      CPD   call=1121
Quintero K 13:15:57 11/18/22 135     LOCT 1      CPD   Unit Location: STN
Quintero K 13:17:30 11/18/22 135     ARRV 1      CPD   call=1121
Roe J      13:17:42 11/18/22 121     BK   1      CPD   call=1121
Roe J      13:17:45 11/18/22 121     LOCT 1      CPD   Unit Location: BK STN
Neff M     13:19:20 11/18/22 135     NMIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:19:21 11/18/22 135     DLIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:25:46 11/18/22 135     NMIN 3      CPD   MDC: name=BRAVO, ALBERT
                                                       ANTHONY dob=02/15/1974
Neff M     13:25:47 11/18/22 135     DLIN 3      CPD   MDC: name=BRAVO, ALBERT
                                                       ANTHONY dob=02/15/1974
Craig N    13:42:20 11/18/22 135     ARRV 1      CPD   Assigned as Responsible Unit
                                                       for call 22C124095
Neff M     13:43:39 11/18/22 135     NMIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:43:40 11/18/22 135     DLIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:51:42 11/18/22 135     NMIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:51:43 11/18/22 135     DLIN 3      CPD   MDC: dl▮        state=CA
Neff M     13:57:35 11/18/22 135     VHIN 3      CPD   MDC: pl=7UZL579 st=CA
Neff M     13:57:36 11/18/22 135     VHRE 3      CPD   MDC: pl=7UZL579 st=CA
Neff M     13:59:50 11/18/22 135     VHIN 3      CPD   MDC: pl=03293L2 st=CA
Neff M     13:59:51 11/18/22 135     VHRE 3      CPD   MDC: pl=03293L2 st=CA
Neff M     14:03:46 11/18/22 135     VHIN 3      CPD   MDC: pl=5C54196 st=CA
Neff M     14:03:47 11/18/22 135     VHRE 3      CPD   MDC: pl=5C54196 st=CA
Navarro B  14:57:45 11/18/22 135     OFFD 1      CPD
Sanhamel B 15:13:00 11/18/22 121     CMPL 1      CPD   (MDC) Completed call
                                                       incid#=22-081807 call=1121
```

COMMENTS
--------
12:32:52 11/18/2022 - Craig N
WPH2 data. Caller Name: AT&T MOBILITY 80, Phone: ▮▮▮▮▮▮▮, UNC: 0, Lat:
33.882673, Long: -117.570255
12:33:56 11/18/2022 - Craig N
RP VEH WAS RAMMPED BY VEH WHEN TRYING TO REPO
12:34:08 11/18/2022 - Craig N
RP ADVD THAT TK IS BLOCKING HIM IN
12:34:24 11/18/2022 - Craig N
BLK CHVY TK LIC PLT #5C54196
12:34:59 11/18/2022 - Craig N
RP IS BLOCKED IN ON DRIVEWAY
12:35:13 11/18/2022 - Craig N
RP ADVD THERE IS 4 PEOPLE ON SCENE
12:35:48 11/18/2022 - Craig N
DRIVER OF TK THAT RAMMED RP HMA 40S LSW BLU HOODIE,NFD
12:36:25 11/18/2022 - Craig N
2ND SUSP - HMA 40S BLK BB CAP BLK STRIPED TANK TOP
12:36:35 11/18/2022 - Gardner Ja
S13 APPROVED C3 .. 135 6TH/MAIN  131 8/JOY
12:36:39 11/18/2022 - Craig N
RO OF VEH ALBERT BRAVO
12:36:52 11/18/2022 - Potts A
ADDTL RP ▮▮▮▮▮▮▮▮▮▮▮ ADV THAT 3 HMA HIT VEH W/ THEIR TRUCK
12:36:53 11/18/2022 - Craig N

```
02/24/24                   Corona Police Department                      713
15:16                        CALL DETAIL REPORT              Page:    3
```

RP BELIEVES HE LIVES AT LOC
12:37:06 11/18/2022 - Potts A
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ // RP DESIRES PROS
12:37:33 11/18/2022 - Craig N
RP ADVD THAT SUBJS ARE JUST BLOCKING HIM IN WITH VEH. NOT ALLOWING HIM TO MOVE.
NO LONGER IN THE VEH
12:37:39 11/18/2022 - Craig N
RP ADVD NEG WPNS SEEN
12:37:46 11/18/2022 - Potts A
ADV 1 HMA IN BLK CHEVY WHO HIT THE UNIT // 4 SUBJS IN TOTAL // 1 HMA LSW BLU
HAT, BLK SHIRT, BLK JEANS MOTORCYCLE // ATT'G TO GET THE VEH OFF OF THE LIFT
12:38:18 11/18/2022 - Potts A
RP SEES PD
12:38:20 11/18/2022 - Craig N
WHI KIA OPTIMA 7UZL579
12:41:12 11/18/2022 - Craig N
WHI KIA IS VEH ATT TO BE REPO'D
12:42:30 11/18/2022 - Quintero K - From: Hubbard R
2 DETAINED 4/6 ON MERRILL
12:47:58 11/18/2022 - Quintero K - From: Sanhamel B
BRAVO LOIE 022470 // BRAVO ALBERT 021574 M
12:52:49 11/18/2022 - Merz P
NOW HAVE ▮▮▮▮▮▮▮▮▮ ON THE PHONE, ADV HE CALLED HER AND TOLD HER HE WANTS TO
SEE HIS SON "1 LAST TIME"
12:54:02 11/18/2022 - Merz P
▮▮▮▮▮▮ ADV TO SBY - ▮▮▮▮▮▮▮▮▮▮ AND THAT WE WILL CALL HER BACK IF WE NEED
ANYTHING FROM HER OR SON
13:07:09 11/18/2022 - Quintero K - From: Neff M
2 I/C


UNIT HISTORY
-------------
```
Unit   Time/Date              Code
------ --------------------   ----
121    12:40:57 11/18/22      ENRT
121    12:40:59 11/18/22      ARRV
121    12:49:57 11/18/22      DLIN
121    12:55:45 11/18/22      DLIN
121    13:17:42 11/18/22      BK
121    13:17:45 11/18/22      LOCT
121    15:13:00 11/18/22      CMPL
131    12:35:18 11/18/22      ASSG
131    12:35:27 11/18/22      ENRT
131    12:38:57 11/18/22      ARRV
131    12:57:26 11/18/22      CMPL
135    12:35:18 11/18/22      ASSG
135    12:35:25 11/18/22      ENRT
135    12:44:23 11/18/22      VHIN
135    13:10:06 11/18/22      ARRV
135    13:14:44 11/18/22      15
135    13:15:57 11/18/22      LOCT
135    13:17:30 11/18/22      ARRV
135    13:19:20 11/18/22      NMIN
135    13:19:21 11/18/22      DLIN
135    13:25:46 11/18/22      NMIN
135    13:25:47 11/18/22      DLIN
```

```
02/24/24                        Corona Police Department                          713
15:16                           CALL DETAIL REPORT                    Page:         4

135      13:42:20 11/18/22      ARRV
135      13:43:39 11/18/22      NMIN
135      13:43:40 11/18/22      DLIN
135      13:51:42 11/18/22      NMIN
135      13:51:43 11/18/22      DLIN
135      13:57:35 11/18/22      VHIN
135      13:57:36 11/18/22      VHRE
135      13:59:50 11/18/22      VHIN
135      13:59:51 11/18/22      VHRE
135      14:03:46 11/18/22      VHIN
135      14:03:47 11/18/22      VHRE
135      14:57:45 11/18/22      OFFD
S13      12:36:01 11/18/22      ENRT
S13      12:38:45 11/18/22      ARRV
S13      12:57:26 11/18/22      CMPL


RESPONDING OFFICERS
-------------------
Unit    Officer
------  --------------------
121     Sanhamel B
131     Shilleh M
135     Neff M
s13     Hubbard R


INVOLVEMENTS
------------
Type  Record#    Date      Description                            Relationship
----  ---------  --------  -------------------------------------  --------------------
LW    22-081807  11/18/22  Assault Weapon 22-081807 151 Initiating Call
```



# Corona Police Department
Officer Report for Incident 22-081807

| | |
|---|---|
| **Nature:** Assault Weapon | **Address:** 151 N MERRILL ST |
| **Location:** 6E | CORONA CA 92880 |

**Statute Codes:** 245(A)(1) PC F (13219) ASSAULT W/DEADLY WEAPON:NOT F/ARM

**Received By:** Natasha Craig - 004665    **How Received:** 9    **Agency:** CPD

**Responding Officers:** Mahmoud Shilleh - 004358, Michael Neff - 003035, Ryan Hubbard - 001659, Brett Sanhamel - 004154

**Responsible Officer:** Michael Neff - 003035    **Disposition:** D 11/18/22

**When Reported:** 12:33:56 11/18/22    **Occurred Between:** 12:32:52 11/18/22 and 12:43:44 11/18/22

**Assigned To:**    **Detail:**    **Date Assigned:** **/**/**
**Status:**    **Status Date:** **/**/**    **Due Date:** **/**/**

## Complainant:
**Last:**    **First:**    **Mid:**
**DOB:** **/**/**    **Dr Lic:**    **Address:**
**Race:**    **Sex:**    **Phone:**    **City:** ,

## Offense Codes
**Reported:**    **Observed:**

**Additional Statute:** 245(A)(1) PC F (13219) ASSAULT W/DEADLY WEAPON:NOT F/ARM

## Circumstances
0UOFN Use of Force - No
INV Investigation

| **Responding Officers:** | **Unit :** |
|---|---|
| Mahmoud Shilleh - 004358 | 131 |
| Michael Neff - 003035 | 135 |
| Ryan Hubbard - 001659 | s13 |
| Brett Sanhamel - 004154 | 121 |

**Responsible Officer:** Michael Neff - 003035
**Received By:** Natasha Craig - 004665
**How Received:** 9 911 Line

DA/PD
11/20/2022
m-alf

**Agency:** CPD
**Last Radio Log:** 15:13:00 11/18/22 CMPLT
**Clearance:** LOK LOCK - RECORDS ONLY

11/20/22

*Officer Report for Incident 22-081807*                                    *Page 2 of 12*

**When Reported:** 12:33:56 11/18/22          **Disposition:** D **Date:** 11/18/22
**Judicial Status:**                    **Occurred between:** 12:32:52 11/18/22
**Misc Entry:**                              **and:** 12:43:44 11/18/22

**Modus Operandi:**          **Description :**                    **Method :**
Time of Day           Preferred Time of Day            Afternoon

## Involvements

| Date | Type | Description | Relationship |
|------|------|-------------|--------------|
| 11/20/22 | Name | LUJAN, MICHAEL CHRISTOPHER | Witness |
| 11/18/22 | Name | BRAVO, LOUIE JR JR | Offender |
| 11/18/22 | Name | PATTERSON, ANASTASIO | Victim |
| 11/18/22 | Name | GOSSETT, JEFFREY ALAN | Victim |
| 11/18/22 | Name | BRAVO, ALBERT A | Offender |
| 11/18/22 | Offense | Offense#: 21922 - F - 1 count | Charged With |
| 11/18/22 | Offense | Offense#: 21923 - F - 1 count | Charged With |
| 11/18/22 | Vehicle | WHI 2016 KIA OPT CA | Involved |
| 11/18/22 | Vehicle | WHI 2018 FORD F250 CA | Damaged |
| 11/18/22 | Vehicle | BLK 1995 CHEV CA | Offender Vehicle |

## Narrative

INCIDENT RECORDED ON BODY/DASHBOARD CAMERA: YES

SCENE: This incident occurred in the front yard at 151 N. Merrill Street, Corona.

POINT OF ENTRY/EXIT: N/A

WEAPON/INSTRUMENT: Vehicle

EVIDENCE: Photographs of the scene and of VM-Anastasio Patterson were taken and logged into Digital on Q.

INJURIES: None

PROPERTY TAKEN: N/A

PROPERTY DAMAGE: There was matching collision damage between an Ford F-250 and a Chevrolet truck.

ASSISTING PERSONNEL:
1. Sgt. Hubbard
2. Officer Sanhamel
3. Officer Shilleh

SUPPLEMENTAL REPORTS:
1. Officer Shilleh
2. Officer Sanhamel

NOTE: N/A

DETAILS:

On 11-18-22, at 1233 hours, officers and I responded to 151 N. Merrill Street, Corona; County of Riverside, in reference to an assault with a deadly weapon involving a vehicle. When I arrived on scene, I detained SU - Albert Bravo in handcuffs due to him being described as one of the suspects and due to him failing to comply with my verbal order to sit on the curb. When Sgt. Hubbard arrived on scene, he detained SU - Louie Bravo by placing handcuffs on him. Albert and Louie were both placed in the back seat of our patrol vehicles. It was at this moment, I noticed a white Kia Optima, CA license plate of 7UZL579, was lifted off the ground by the tow truck and in gear. The Kia's front two tires were spinning in reverse. I then met with WT - Michael Lugan who told me the following:

Michael stated he was in the front yard at the listed residence and Albert was working on his Kia. Michael stated two males, later identified as VM - Anastasio Patterson and VM - Jeffrey Gossett arrived in a white Ford F-250 tow truck and attempted to repo Albert's Kia. Michael stated a verbal argument ensued between Albert, Louie, Anastasio, and Jeffrey. Michael stated during the verbal argument, he stood in between the back of the tow truck and the front of the Kia but had to move out of the way because Anastasio continued to lift the Kia up utilizing the tow lift. Michael also stated he did not witness Louie's truck hit the tow truck. I met with VM - Jeffrey Gossett who stated the following:

Jeffrey stated he is an employee for Nations Repo and was at the listed location to repo the white Kia. Jeffrey stated when he arrived on scene, he and Anastasio began to attempt to lift the Kia onto the tow lift of their Ford F-250, CA license plate of 03293L2. Jeffrey stated it was at this time that Albert exited a trailer which was parked in the front of the listed residence. Jeffrey stated Albert exited the trailer and was yelling at him and Anastasio that they were not going to take his vehicle. Jeffrey stated he told Albert the vehicle was going

to get repossessed and Albert told him, "You're not gonna take it." Jeffrey stated he then
sat in the driver's seat of his Ford F-250 and Albert sat in the driver's seat of his Kia.

Jeffrey stated while he sat in the truck, he saw a black Chevrolet, CA license plate 5C54196,
traveling westbound in reverse at approximately two miles per hour in the alley way towards
Merrill Street. Jeffrey stated the driver of the Chevrolet was Louie. Jeffrey also stated the
Chevrolet's rear passenger bumper ultimately collided into the Ford F-250's front passenger
side door causing minor damage. Jeffrey stated he felt the collision while he sat in the
vehicle and Louie parked the Chevrolet in front of the Ford F-250 blocking him. Jeffrey
stated he was not injured from the collision impact, declined medical attention and desired
prosecution against Louie.

I then met with Anastasio who stated he is an employee for Nations Repo and was at the listed
location to repo the white Kia. Anastasio stated when he and Jeffrey arrived at the location
and began to lift the white Kia onto their Ford F-250, Albert exited a trailer and began to
verbally argue with him and Jeffrey. Anastasio stated he then noticed a black Chevrolet pull
up next to his truck that was driven by Louie. Anastasio stated Louie also began to verbally
argue with him about repossessing the Kia. Anastasio stated during the verbal argument, Louie
told him, "Fuck you fool. I'll hit your truck." Anastasio said Louie began to back his truck
up and the Chevrolet's rear passenger bumper collided into his truck's front passenger door.
Anastasio stated at the time of the collision, Jeffrey was sitting in the vehicle in the
driver's seat.

Anastasio stated Albert then entered the Kia and sat in the driver's seat. Anastasio said he
was standing next to the Kia's front driver's side door which was opened. Anastasio said
Albert put the Kia in reverse and attempted to drive it off the lift. Anastasio stated this
caused the front driver's side door to hit him in his chest and him to jump backwards. Anastasio
did not have any visible injuries, declined medical attention, and desired prosecution
against Albert.

See Officer Sanhamel's supplemental report reference Albert's statement and see Officer
Shilleh's supplemental report reference Louie's statement.

Based on the statements and physical evidence at the scene, I placed Louie under arrest per
245(a)(1) PC for intentionally hitting the tow truck with his vehicle while it was occupied
by Jeffrey. Also Based off the statements and physical evidence at the scene, I placed Albert
under arrest per 245(a)(1) PC - Assault with a deadly weapon since he got into his Kia and
put it in reverse when it was lifted off the ground which caused the front driver's door to
hit Anastasio in his chest.

I transported both Louie and Albert to the Corona Jail where they processed and later
transported to Riverside County Jail for housing.

DISPOSITION: Closed by arrest.

## Supplement

**Sequence:** 1

**Officer:** Brett Sanhamel - 004154

INCIDENT RECORDED ON BODY/DASHBOARD CAMERA: YES.

DETAILS:

On November 18, 2022, I responded to assist on a call for service at 151 N. Merrill St. Corona; County of Riverside, Ca 92880, reference an assault. Upon my arrival, (SU01) Albert Bravo and (SU02) Louie Bravo had both been detained in handcuffs. I assisted Cpl. Neff and contacted Albert to obtain his statement. The following is a summary of Albert's recorded statement.

Albert stated he was sitting inside of his vehicle and was working on the electrical fuses. While he was working on his vehicle, Albert said he heard a vehicle drive up next to his vehicle and noticed VM01 had backed-up the trailer towards Albert's vehicle. Albert stated he knew VM01 was going to attempt to repo his vehicle and Albert told him he had a "lemon lawsuit." Albert said VM01 told him he was taking his vehicle regardless. Albert said he told VM01 to leave his property because he was violating the lemon lawsuit. Albert stated he then turned on his vehicle and put it in reverse to move it off the ramp of the trailer. Albert said as he was reversing off, the ramp lifted up. Albert stated he did not collide with anybody and did not see any other collision occur.

This ended my interview with Albert and concluded my involvement with the investigation.

DISPOSITION: Refer to Cpl. Neff's initial report for further details.

## Supplement

**Sequence:** 3

**Officer:** Mahmoud Shilleh - 004358

INCIDENT RECORDED ON BODY/DASHBOARD CAMERA: YES.

DETAILS:

On 11-18-2022, I responded to 151 N. Merrill St. Corona, County of Riverside reference an assault. Upon my arrival, I assisted in taking (SU01) Albert Bravo and (SU02) Louie Bravo into custody due to their aggressive behavior and not complying with Officer commands. I assisted Cpl. Neff and contacted Louie to obtain his statement. The following is a summary of Louie's recorded statements.

Louie stated the white 2016 Kia Optima CA license plate 7UZL579 belongs to his brother Albert and he was not aware it was up for repossession. He arrived on scene and observed two males VM01 and VM02 attempting to load the Kia onto a hitch attached to the rear of their repo company truck. A verbal altercation ensued so Louie got into his black 1995 Chevy pickup truck CA license plate 5C54196 and parked it in front of VM01's truck to block him from taking the vehicle. He stated the tow hitch was underneath the vehicle but it was not connected yet. Louie stated his brother was inside of the Kia as they were trying to load it. He observed VM01 activate the hydraulic system to lift the vehicle while his brother was still inside. The Kia was then lifted by the front bumper while the vehicle was in gear.

Louie stated he did not observe a traffic collision and did not ram anyone or any vehicle with his truck. He stated shortly after Police arrived and took him into custody.

DISPOSITION:
Refer to Cpl. Neff's initial report for further details.

## Sentryx Booking Information:

**Sentryx Booking Number:** 12352                                      **Name Number:** 39404

| | |
|---|---|
| **Name:** BRAVO, LOUIE JR | **Address:** 153 N MERRILL ST |
| **Phone:** (951)425-2403 | CORONA, CA 92880 |
| **DOB:** 02/24/70 | **Dr Lic:** E1153269 |
| **Assigned Bed:** " | **Current Location:** " |
| **Booking Date:** 11/18/22 | |

**Height:** 5'05"     **Weight:** 165     **Eyes:** BLK     **Hair:** BLK     **Build:** SLDR     **Ethnic:** HIS
**SSN:**

**Additional Info:**

### Sentryx Inmate Property Taken 14:00:04 11/18/22:

| Item | Description | Qty In | Location | Receipt# |
|------|-------------|--------|----------|----------|
| shoes | black nike airmax | 2 | 048 | 13165 |
| hat | black | 1 | 048 | 13165 |
| belt | black | 1 | 048 | 13165 |
| wallet | brown with license and deibt cards | 1 | 048 | 13165 |
| phone | black | 1 | 048 | 13165 |

### Sentryx Bonds For Booking # 12352:

| | |
|---|---|
| **Bond Type:** BAIL | **Judge:** |
| **Issue Date:** 11/18/22 | |
| **Clear Date:** 11/18/22 | **Clearance Code:** BOND |
| **Ex Clearance:** Y | **Ex Clearance Desc:** aladdin bail bond |
| **Required Amount:** $25,000.00 | **Optional Amount:** $0.00 |
| **Cash Due:** $0.00 | |

### Sentryx Inmate Holds On Booking # 12352:

| | |
|---|---|
| **Type:** [APPR] Supervisor Approval | |
| **Entered by:** Brett Sanhamel - 004154 | **When Entered:** 14:10:40 11/18/22 |
| **Cleared by:** Juan Hernandez - 004251 | **When Cleared:** 19:50:23 11/18/22 |
| **Remarks:** bail | |

## Sentryx Arrest #22AR-4919

| | | | |
|---|---|---|---|
| **Time/Date:** 12:33:56 11/18/22 | **Agency:** CPD | | |
| **Age at Arrest:** 52 | **Location:** 151 N MERRILL ST | **Officer:** |
| **Arrest Type:** 2 | **Area:** 6E | **Reference:** |
| **Disposition:** 4 | | | |

## Sentryx Offense # 21923

**Statute:** 245(A)(1) PC F (13219) ASSAULT          **NCIC:**
W/DEADLY WEAPON:NOT
F/ARM

|  |  |  |  |
|---|---|---|---|
| **Offense:** | 13A Aggravated Assault | **Crime Class:** | F |
| **Offense Reference:** | | **Offense Type:** PC | **Offense Area:** 6E |
| **Related Incident:** | 22-081807 | **Law Jurisdiction:** | CAS |
| **Entry Code:** | | **Offense Location:** | |
| **Court Code:** | | **Offense Time/Date:** | 12:33:56 11/18/22 |
| **Offense Disposition:** | | **Disposition Date:** | **/**/** |

## Sentryx Booking Information:

**Sentryx Booking Number:** 12351                                   **Name Number:** 66469

|  |  |  |  |
|---|---|---|---|
| **Name:** | BRAVO, ALBERT A | **Address:** | 153 N MERRILL ST |
| **Phone:** | | | CORONA, CA 92880 |
| **DOB:** | 02/15/74 | **Dr Lic:** | A7634073 |
| **Assigned Bed:** | " | **Current Location:** | " |
| **Booking Date:** | 11/18/22 | | |

**Height:** 5'07"   **Weight:** 195   **Eyes:** BRO   **Hair:** BRO   **Build:** MED   **Ethnic:**
**SSN:**

**Additional Info:**

### Sentryx Inmate Property Taken 14:15:25 11/18/22:

| Item | Description | Qty In | Location | Receipt# |
|---|---|---|---|---|
| shoes | Fila | 2 | 049 | 13166 |
| sweater | blue | 1 | 049 | 13166 |
| shirt | blue | 1 | 049 | 13166 |
| phone | black scratched iphone | 1 | 049 | 13166 |
| vape pen | black | 1 | 049 | 13166 |

### Sentryx Bonds For Booking # 12351:

|  |  |  |  |
|---|---|---|---|
| **Bond Type:** | BAIL | **Judge:** | |
| **Issue Date:** | 11/18/22 | | |
| **Clear Date:** | 11/18/22 | **Clearance Code:** | BOND |
| **Ex Clearance:** | Y | **Ex Clearance Desc:** | aladdin bail bond |
| **Required Amount:** | $25,000.00 | **Optional Amount:** | $0.00 |
| **Cash Due:** | $0.00 | | |

### Sentryx Inmate Holds On Booking # 12351:

|  |  |  |  |
|---|---|---|---|
| **Type:** | [APPR] Supervisor Approval | | |
| **Entered by:** | Brett Sanhamel - 004154 | **When Entered:** | 14:23:54 11/18/22 |
| **Cleared by:** | Juan Hernandez - 004251 | **When Cleared:** | 19:50:12 11/18/22 |
| **Remarks:** | bail | | |

### Sentryx Arrest #22AR-4918

|  |  |  |  |
|---|---|---|---|
| **Time/Date:** | 14:05:56 11/18/22 | **Agency:** | CPD |
| **Age at Arrest:** | 48 | **Location:** | 151 N MERRILL ST   **Officer:** |

*Officer Report for Incident 22-081807*                                                      *Page 9 of 12*

---

|  |  |  |  |  |
|---|---|---|---|---|
| **Arrest Type:** 2 | | **Area:** 6E | | **Reference:** |
| **Disposition:** 4 | | | | |

## Sentryx Offense # 21922

|  |  |  |  |
|---|---|---|---|
| **Statute:** 245(A)(1) PC F (13219) ASSAULT W/DEADLY WEAPON:NOT F/ARM | | **NCIC:** | |
| **Offense:** 13A Aggravated Assault | | **Crime Class:** F | |
| **Offense Reference:** | **Offense Type:** PC | | **Offense Area:** 6E |
| **Related Incident:** 22-081807 | | **Law Jurisdiction:** CAS | |
| **Entry Code:** | | **Offense Location:** | |
| **Court Code:** | | **Offense Time/Date:** 12:33:56 11/18/22 | |
| **Offense Disposition:** | | **Disposition Date:** **/**/** | |

## Vehicles

| | | | |
|---|---|---|---|
| **Vehicle Number:** | 30883 | | |
| **License Plate:** | 7UZL579 | **License Type:** | PC Regular Passenger Automobile |
| **State:** | CA | **Expires:** | 09/10/21 |
| **Vehicle Year:** | 2016 | **VIN:** | 5XXGW4L21GG067104 |
| **Make:** | KIA Kia | **Model:** | OPT |
| **Color:** | WHI / | **Doors:** | 4 |
| **Vehicle Type:** | PCAR Passenger Car | **Value:** | $25,000.00 |

**Owner:**

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | BRAVO | **First:** | ALBERT | **Mid:** | A |
| **DOB:** | 02/15/74 | **Dr Lic:** | A7634073 | **Address:** | 153 N MERRILL ST |
| **Race:** | H | **Sex:** M | **Phone:** | | **City:** | CORONA, CA 92880 |

| | | | |
|---|---|---|---|
| **Agency:** | CPD Corona Police Department | **Date Recov/Rcvd:** | **/**/** |
| **Officer:** | | **Area:** | |
| **UCR Status:** | | **Wrecker Service:** | |
| **Local Status:** | | **Storage Location:** | |
| **Status Date:** | 11/18/22 | **Release Date:** | **/**/** |
| **Comments:** | | | |

REPO // NATIONS RECOVERY 626-542-3115 CR # 22-081824

| | | | |
|---|---|---|---|
| **Vehicle Number:** | 30884 | | |
| **License Plate:** | 03293L2 | **License Type:** | TK Truck |
| **State:** | CA | **Expires:** | 10/31/23 |
| **Vehicle Year:** | 2018 | **VIN:** | 1FT7X2A64JEB20347 |
| **Make:** | FORD Ford | **Model:** | F250 |
| **Color:** | WHI / | **Doors:** | 2 |
| **Vehicle Type:** | PTK Passenger Truck | **Value:** | $50,000.00 |

**Owner:**

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | NATIONS RECOVERY, SAN | **First:** | DIEGO | **Mid:** | INC |
| **DOB:** | **/**/** | **Dr Lic:** | | **Address:** | 3496 STATE ST |
| **Race:** | | **Sex:** | **Phone:** | | **City:** | CORONA, CA 92880 |

| | | | |
|---|---|---|---|
| **Agency:** | CPD Corona Police Department | **Date Recov/Rcvd:** | **/**/** |
| **Officer:** | | **Area:** | |
| **UCR Status:** | | **Wrecker Service:** | |
| **Local Status:** | | **Storage Location:** | |
| **Status Date:** | 11/18/22 | **Release Date:** | **/**/** |
| **Comments:** | | | |

*Officer Report for Incident 22-081807*                                                    *Page 11 of 12*

---

| | | | |
|---|---|---|---|
| **Vehicle Number:** | **30885** | | |
| **License Plate:** | 5C54196 | **License Type:** | TK Truck |
| **State:** | CA | **Expires:** | 05/31/21 |
| **Vehicle Year:** | 1995 | **VIN:** | 1GCEC14Z5SZ205792 |
| **Make:** | CHEV Chevrolet | **Model:** | |
| **Color:** | BLK / | **Doors:** | 2 |
| **Vehicle Type:** | PTK Passenger Truck | **Value:** | $10,000.00 |

**Owner:**

| | | | | | |
|---|---|---|---|---|---|
| **Last:** | ECHEVERRIA | **First:** | ALEJANDRO | **Mid:** | |
| **DOB:** | **/**/** | **Dr Lic:** | | **Address:** | 4901 GREEN RIVER RD # 42 |
| **Race:** H | **Sex:** M | **Phone:** | | **City:** | CORONA, CA 92880 |

| | | | |
|---|---|---|---|
| **Agency:** | CPD Corona Police Department | **Date Recov/Rcvd:** | **/**/** |
| **Officer:** | | **Area:** | |
| **UCR Status:** | | **Wrecker Service:** | |
| **Local Status:** | | **Storage Location:** | |
| **Status Date:** | 11/18/22 | **Release Date:** | **/**/** |
| **Comments:** | | | |

*Officer Report for Incident 22-081807*                                    *Page 12 of 12*

## Name Involvements:

**Offender :** 39404
    **Last:** BRAVO           **First:** LOUIE           **Mid:** JR
    **DOB:** 02/24/70         **Dr Lic:** E1153269      **Address:** 153 N MERRILL ST
    **Race:** H      **Sex:** M      **Phone:** (951)425-2403      **City:** CORONA, CA 92880
**Height:** 5'05"   **Weight:** 165    **Eyes:** BLK     **Hair:** BLK   **Build:** SLDR   **Ethnic:** HIS
    **SSN:**

**Victim :** 60633
    **Last:** PATTERSON    **First:** ANASTASIO    **Mid:**
    **DOB:** 06/07/82         **Dr Lic:** D1779259      **Address:** 8187 RD VALLEY
    **Race:** W     **Sex:** M      **Phone:** (951)703-9469      **City:** JURUPA, CA 92509
**Height:** 5'11"   **Weight:** 300    **Eyes:** BRO     **Hair:** BRO     **Build:**     **Ethnic:** HIS
    **SSN:**

**Offender :** 66469
    **Last:** BRAVO           **First:** ALBERT         **Mid:** A
    **DOB:** 02/15/74         **Dr Lic:** A7634073      **Address:** 153 N MERRILL ST
    **Race:** H      **Sex:** M      **Phone:**                **City:** CORONA, CA 92880
**Height:** 5'07"   **Weight:** 195    **Eyes:** BRO     **Hair:** BRO   **Build:** MED    **Ethnic:**
    **SSN:**

**Victim :** 60635
    **Last:** GOSSETT       **First:** JEFFREY       **Mid:** ALAN
    **DOB:** 03/26/89         **Dr Lic:** D9728753      **Address:** 39415 ARDENWOOD WAY APT
                                                       297
    **Race:** W     **Sex:** M      **Phone:** (909)223-9184      **City:** LAKE ELSINORE, CA 92532
**Height:** 6'01"   **Weight:** 375    **Eyes:** BRO     **Hair:** BRO     **Build:**     **Ethnic:**
    **SSN:**

**Witness :** 52
    **Last:** LUJAN          **First:** MICHAEL      **Mid:** CHRISTOPHER
    **DOB:** 08/03/80         **Dr Lic:** B8891381      **Address:** 163 N VICENTIA AVE
    **Race:** H      **Sex:** M      **Phone:** (951)412-1353      **City:** CORONA, CA 92880
**Height:** 5'08"   **Weight:** 185    **Eyes:** BRO     **Hair:** BLK   **Build:** HVY    **Ethnic:** HIS
    **SSN:** 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



**CORONA POLICE DEPARTMENT**

**730 Public Safety Way**
**Corona CA 92880**

## PROPERTY REPORT

| | |
|---|---|
| CASE NO. : 22-081807 | |
| DATE OF OFFENSE: 11/18/2022 | |
| SUSPECT LAST NAME: BRAVO SUSPECT FIRST NAME: ALBERT | |
| ☐ JUVENILE | ☐ SEARCH WARRANT |
| VICTIM: . | |
| ASSOCIATED CASES | |

| COLLECTED BY | DATE/TIME COLLECTED | LOCATION COLLECTED | COLLECTED ADDRESS |
|---|---|---|---|
| NEFF, MICHAEL (003035) | 11/18/2022  1233 | | 151 N. MERRILL STREET, CO |

| ITEM # | | TYPE | BRAND | | SERIAL NO. | | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| MN01 | | Evidence | | | | | |

| QTY. | WEIGHT | MEASURE | PRESUMPTIVE DRUG | COLOR |
|---|---|---|---|---|
| 1 | | | | |

| CALIBER | BRL LENGTH | GUN TYPE CODE | GUN CAT CODE |
|---|---|---|---|
| | | | |

| PLATE TYPE | STATE | ID TYPE | MODEL |
|---|---|---|---|
| | | | |

| | DESCRIPTION |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 201929629 | DIGITAL EVIDENCE - ENTER INTO DIGITALONQ ONLY - PHOTOS OF THE SCENE AND OF THE VM01 |

| OWNER: , | ADDRESS |
|---|---|

| REPORTING OFFICER | ID# | DATE | |
|---|---|---|---|
| NEFF, MICHAEL (003035) | | 11/20/2022 | |

# RIVERSIDE SUPERIOR COURT
## PUBLIC ACCESS

## Minute Order

| Defendant Name: ALBERT ANTHONY BRAVO | |
|---|---|
| Case Number: RIF2206225 | File Date: 12/21/2022 |
| Action Date: 8/11/2023     Action Time: 2:00 PM | Department: 63 |
| Action Description: Preliminary Hearing | |

Honorable Judge Samah Shouka, Presiding

Courtroom Assistant: C. Farmer

Court Reporter: A. Thrasher

People represented by Deputy District Attorney: Sophia Contreras.

Defendant represented by VMB Helios Hernandez III.

Defendant Present.

At 14:00 the following proceedings were held:

All parties announce ready for Preliminary Hearing.

Court and Counsel Confer regarding: case in chambers.

Court and Counsel Confer regarding: possible negotiations/case resolution.

Counsel stipulate: Prop. 115 qualification as to officer.

People's witness Officer Michael Neff (14:03), is sworn and testifies.

Defendant's exhibit A, described as PHOTO-sidewalk & tree is/are marked for identification only.

Defendant's exhibit(s) A is/are admitted into evidence.

Witness Officer Michael Neff (14:46) is excused.

People rest(s).

No defense at this time.

Argument by both counsel.

Oral motion by People Re add count 02-245(A)(1) PC is called for hearing

Motion/Petition granted.

Complaint is orally amended to add count 02, a violation of Section 245(A)(1) PC.

Court finds insufficient cause to believe the defendant guilty, and orders defendant discharged as to Count(s) 01 02.

Court orders Prior(s) 01 02 Stricken.

Court orders Defense Exhibit A returned to

VMB-Mohammad Qazi.

| Defendant Name: ALBERT ANTHONY BRAVO | | |
|---|---|---|
| Case Number: RIF2206225 | | File Date: 12/21/2022 |
| Action Date: 8/11/2023 | Action Time: 2:00 PM | Department: 63 |
| Action Description: Preliminary Hearing | | |

- - Custody Status/Information - -

Custody status is not applicable - Case Dismissed.

Bail Bond # SV255259269 Exonerated.

Close Case.

Save Minute Order to case.